UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 10/16/2019 | **Time:** 3:29-3:44 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 4:19-cv-03965-DMR | **Case Name:** Klaus Permer v. Noblespirit, LLC, et al | |

**For Plaintiff:**
William Hanson

**For Defendants:**
Daniel Croley

**Deputy Clerk:** Ivy Lerma Garcia           **FTR:** 3:29-3:44

PROCEEDINGS

Initial Case Management Conference held.

[X]   Deadline to seek leave to amend the pleadings to add new parties, claims and defenses is **1/14/2020.**

**REFERRALS:**

[X]   The parties shall participate in mediation through the Northern District of California ADR Program, which shall be completed **by 7/1/2020,** or as soon thereafter as is convenient to the assigned mediator's calendar.

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference:  2/19/2020 at 1:30 p.m.
Updated Joint Case Management Conference Statement due by:  2/12/2020
Jury Trial:  1/25/2021 at 9:00 a.m. (estimated length:  5 days)
Pretrial Conference:  1/13/2021 at 3:00 p.m.
Last Day to hear dispositive motions:  10/22/2020 at 1:00 p.m.

(PLEASE SEE COURT'S SEPARATE CASE MANAGEMENT AND PRETRIAL ORDER FOR ALL OTHER DATES SET BY THE COURT).

**CASE MANAGEMENT AND PRETRIAL ORDER TO BE PREPARED BY:**
   [ ] **Plaintiff**     [ ] **Defendant**     [X] **Court**

cc:   Chambers; ADR Dept.