**WILLIAM HANSON (SBN 215226)**
LAW OFFICES OF WILLIAM G. HANSON
2121 North California Boulevard, Suite 290
Walnut Creek, CA 94596
Phone: (925) 974-3321
Email: bill@williamhansonlaw.com

*Attorney for Plaintiff*
Klaus Permer

**DANIEL A. CROLEY (SBN 154386)**
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
Email: dcroley@fddcm.com

**PETER G. CALLAGHAN (*admitted pro hac vice*)**
PRETI FLAHERTY PLLP
P.O. Box 1318
Concord, New Hampshire 03302-1318
Telephone: (603) 410-1500
Facsimile: (603) 410-1501
Email: pcallaghan@preti.com

*Attorneys for Defendants*
NobleSpirit, LLC and Joe Cortese

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| KLAUS PERMER, an individual | Case No.: 4:19-cv-03965-DMR |
| *Plaintiff,* | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| NOBLESPIRIT, LLC, a New Hampshire limited liability corporation; JOE CORTESE, an individual | |
| *Defendants.* | |

1    NOW COME the parties, Plaintiff/Counter-Defendant, Klaus Permer; Defendant Joseph

2  Cortese; and Defendant /Counter-Plaintiff NobleSpirit, LLC, by and through their undersigned

3  counsel, and respectfully agree and stipulate that Judgment shall be entered for the Defendants

4  and the case may be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

5    The Parties further stipulate and agree that each of them will bear his or its own attorney's

6  fees, costs, and expenses incurred in this proceeding.

7

8

9                                   Respectfully submitted,

10  DATED: February 17, 2021            LAW OFFICES OF WILLIAM G. HANSON

11                                      _____/s/_____
                                        William Hanson
12                                      *Attorney for Plaintiff*
                                        Klaus Permer
13

14  DATED: February 17, 2021            FUTTERMAN DUPREE DODD CROLEY
                                        MAIER LLP
15
                                        _____/s/_____
16                                      Daniel A. Croley
                                        *Attorney for Defendants*
17                                      NobleSpirit, LLC and Joseph Cortese

18

19  DATED: February 17, 2021            PRETI FLAHERTY, PLLP

20                                      _____/s/_____
                                        Peter G. Callaghan, Esq
21                                      *Attorney for Defendants*
                                        NobleSpirit, LLC and Joseph Cortese
22

23

24

25

26

27

28

PRETI FLAHERTY
PLLP

1

**ATTESTATION**

2        I, Peter G. Callaghan, am the ECF user whose user id and password authorized the filing

3 of this document.  Under Civil L.R. 5-1(i)(3), I attest that William Hanson has concurred in this

4 filing.

5

6 DATED: February 17, 2021                  PRETI FLAHERTY, PLLP

7

8                                /s/
                            Peter G. Callaghan

9                           *Attorney for Defendants*
                    NobleSpirit, LLC and Joe Cortese

10

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No.: 4:19-CV-03965-DMR

PRETI FLAHERTY PLLP

16387281.3